IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SAMUEL ALLAN MCCORMICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  2:16-CV-834-WKW |
| | ) | [WO] |
| CHRISTOPHER GORDY and LUTHER STRANGE | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the court is Plaintiff Samuel Allan McCormick's Objection to the

Magistrate Judge's Orders (Doc. # 6), in which Plaintiff objects to the Magistrate

Judge's dismissal of the City of Florala as a respondent in this action (Doc. # 4), as

well as the Magistrate's order that Plaintiff submit the proper paperwork to support

his motion to proceed *in forma pauperis* (Doc. # 5).  Upon careful consideration of

the objection (Doc. # 6), it is ORDERED that the objection is OVERRULED

inasmuch as the order of dismissal (Doc. # 4) is neither clearly erroneous nor

contrary to law.  *See* Fed. R. Civ. P. 72(a).  Insofar as Plaintiff objects to the

Magistrate Judge's order directing Plaintiff to include a prison account statement

from the account clerk at Limestone Correctional Facility with his *in forma pauperis*

application, it is further ORDERED that the objection is OVERRULED as moot. Plaintiff has resubmitted a proper *in forma pauperis* application that contains this information (Doc. # 7), and the application has been granted (Doc. # 8).

DONE this 21st day of November, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE